# Third District Court of Appeal

## State of Florida

Opinion filed March 16, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-0793
Lower Tribunal No. 20-21696

————————————

**Caroline Weiss,**
Appellant,

vs.

**Ransom Everglades School, Inc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Schlesinger Law Group, and Michael J. Schlesinger, Amy E. Blanchfield and Tyler E. Sanchez, for appellant.

Shubin & Bass, P.A., and John K. Shubin and Katherine R. Maxwell, for appellee.

Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.  Annex Indus. Park, LLC v. Corner Land, LLC, 206 So. 3d 739, 741 (Fla. 3d DCA 2016) ("A temporary injunction may be entered to protect a property owner's right to use its land, and exclude unauthorized persons from interfering with that right.").